**Byron H. MOOREHEAD,
Plaintiff—Appellant,**

v.

**B.A. BLEDSOE, Warden,
Defendant—Appellee.**

No. 05–6249.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2005.

Decided: Aug. 3, 2005.

Bryon H. Moorehead, Appellant pro se.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Byron H. Moorehead appeals the district court's order denying relief on his *Bivens* * complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Moorehead v. Bledsoe*, No. CA–05–59–GEC (W.D.Va. Feb. 2, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). Moorehead filed a petition under 28 U.S.C. § 2241 (2000), which the district court properly construed as a *Bivens* action.